# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE NICHOLAS, *individually*, *and Heidi L. Worden jointly d/b/a Nicholas Farms*, HEIDI L. WORDEN, *individually*, *and Eugene Nicholas jointly d/b/a Nicholas Farms*, LYNN R. HOTTLE, *individually, and d/b/a Hottle Livestock*, <br><br> Plaintiffs, <br> v. <br><br> JEFFREY SNIDER, VALERIE SNIDER, CAV FARMS, INC., MEDIO CIELO, LLC, <br><br> Defendants. | No. 4:18-CV-01631 <br><br> (Judge Brann) |

## **ORDER**

**AND NOW**, this 31st day of May 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Amend/ Correct Answer to Complaint, April 8, 2019, ECF No. 27 is **GRANTED**. Defendants' are directed to file an amended answer no later than June 7, 2019.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge