IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE NICHOLAS, *et al.*, | No. 4:18-CV-01631 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| JEFFREY SNIDER, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 9th day of March 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. 80) is **GRANTED in part and DENIED in part**, as follows:

    a. Plaintiffs are granted summary judgment as to Count 1-4.

       i. Plaintiff Hottle Livestock is entitled to $336,003.25, plus prejudgment interest, calculated at the New York statutory rate of 9% per annum. Interest shall accrue beginning August 3, 2017.

       ii. Plaintiff Nicholas Farms is entitled to $225,114.75, plus prejudgment interest, calculated at the New York statutory rate of 9% per annum. Interest shall accrue beginning July 25, 2017.

- 2 -

  b. Summary judgment is DENIED as moot as to Counts 5-6.

2. Final Judgment is entered in favor of Plaintiffs and against Defendants.

3. The Clerk of Court is directed to close the case file.

         BY THE COURT:

         *s/ Matthew W. Brann*
         Matthew W. Brann
         United States District Judge